Based upon the parties' representation that this matter has settled, the initial case management conference is CANCELLED. The parties shall file a status report by January 15, 2018, if the matter has not been dismissed by that date.

_/s/ Alistair Newbern_
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF TENNESSE
# NASHVILLE DIVISION

IVORY HARBISON,

Plaintiff,

-vs-

U.S. BANK, N.A.,

Defendant.

_____/

CASE NO.: 3:17-CV-01388

JUDGE WAVERLY D. CRENSHAW, JR.
MAGISTRATE JUDGE ALISTAIR NEWBERN

## NOTICE OF SETTLEMENT

Plaintiff, Ivory Harbison, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Email on this 11 day of December, 2017 to: Erin L. Hoffman, Esq., Faegre Baker daniels, LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402; Erin.Hoffman@Faegrebd.com.

/s/ Amy Ferrera
Amy Ferrera, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
amferrera@forthepeople.com
afloyd@forthepeople.com
Florida Bar #: 15313
Attorney for Plaintiff